IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL
IN CHAMBERS - ROOM 3309

TUESDAY - AUGUST 2, 2011

NOTICE TO ALL COUNSEL:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no later than July 29, 2011.   For good cause shown, out of town counsel may appear by telephone with prior permission from the Court by calling Nancy Stark, Courtroom Deputy for Judge Russell at 405/609-5102 and no objection from opposing counsel.

9:30 A. M.

| | | |
|---|---|---|
| CIV-11-403-R | Al Pittenger | Alexander Weisberg |
| | v. | |
| | Stephen L. Bruce PC | David Alan Cheek |

9:45 A. M.

| | | |
|---|---|---|
| CIV-11-411-R | Walter Keith Sanders | Jana Beth eonard |
| | | Shannon Haupt |
| | v. | |
| | Centerpoint Energy Services Co. LLC et al | John Heatly |
| | | Regina Marsh |

10:00 A. M.

CIV-10-205-R          Eric J. Ford                          Cheryl Wattley

                            v.

                            GEO Inc.                           Don G. Pope


10:15 A. M.

CIV-11-233-R          2010 OKC Bryant Avenue LLC           Henry Meyer III
                                                                         Kenneth Chaiken
                                                                           Ryan Leonard
                          v.                                     Wayne Allison

                          City of Del City                    David Perryman
                                                                          Thomas Cordell, Jr.


10:30 A. M.

CIV-11-488-R          Kama Madrid                         Anh K. Tran
                                                                           Michael Brewer

                          v.

                         Legend Senior Living LLC            Leslie Lynch

10:45 A. M.

| | | |
|---|---|---|
| CIV-11-510-R | Robert Smith | Robert Tomlinson |
| | | Toby McKinstry |
| | v. | Todd Latiolais |
| | Homesite Indemnity Company | Jason Rogers |
| | | Monty Bottom |

11:00 A. M.

| | | |
|---|---|---|
| CIV-11-511-R | Judith Wilburn | Robert Tomlinson |
| | | Toby McKinstry |
| | v. | Todd Latiolais |
| | Liberty Insurance Corp. | Barbara Buratti |
| | | Timothy Cain |

1:30 P. M.

| | | |
|---|---|---|
| CIV-11-458-R | Donald Richardson | Jeffery Taylor |
| | v. | |
| | Corrections Corporation of America | Daniel Sullivan |
| | | Jonathan Lofton |

1:45 P. M.

| | | |
|---|---|---|
| CIV-11-376-R | Cynthia Bailey | Grace Yates |
| | v. | |
| | Dolgencorp LLC | Cheryl Hunter<br>Sarah Bradbury<br>Sheila Stinson |

2:00 P. M.

| | | |
|---|---|---|
| CIV-11-516-R | Greater Mount Carmel Baptist Church | David Christoffel |
| | v. | |
| | Church Mutual Insurance Company | Marissa Osenbaugh |

2:15 P. M.

| | | |
|---|---|---|
| CIV-11-543-R | Alyson Simpson | Gregory Barnard<br>Jim Loftis |
| | v. | |
| | Commerce & Industry Insurance Co. | William Perrine |

2:30 P. M.

| | | |
|---|---|---|
| CIV-11-614-R | Mark Holstein | Bruce Freeman |
| | | David Cordell |
| | v. | |
| | Newfield Exploration Mid-Continent Inc. | Gregory Mahaffey |
| | | Travis Brown |

2:45 P. M.

| | | |
|---|---|---|
| CIV-09-408-R | Phillips University Legacy | Michael A. Fagan |
| | | Stephen Jones |
| | v. | |
| | Charles H. Bentz Associates Inc. | Pro se for now |

3:00 P. M.

| | | |
|---|---|---|
| CIV-10-353-R | Kevin Calvey, et al | Kevin Calvey |
| | v. | |
| | Barrack Hussein Obama, et al | Michelle Bennett |

<u>3:15 P. M.</u>

| | | |
|---|---|---|
| CIV-09-1164-R | Donald Stangle | George Brown |
| | | Joshua Stockton |
| | v. | Tony Gould |
| | | |
| | Occidental Life Insurance Co. of North Carolina, et al | Amy Stipe |
| | | Barry Richard |
| | | Bridget Smitha |
| | | Glenn Burhans, Jr |
| | | Sidney Dunagan |